RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Chandra Bridges

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANDRA BRIDGES,<br><br>Defendant. | Case No. 2:21-cr-00041-GMN-BNW<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Chandra Bridges, that the Court modify the condition of release

The Stipulation is entered into for the following reasons:

1. Ms. Bridges' father is currently in hospice care in the Norther District of California.

2. Ms. Bridges would like to be with her father on weekends and as needed based on his medical condition.

3. Condition #20 of the current terms of pretrial release restrict Ms. Bridges' travel to Clark County, Nevada and any other location preapproved by pretrial services. The preapproval process under Condition #20 requires Ms. Bridges to submit her travel plans at least 7 days in advance of her planned travel.

4. In order to accommodate the uncertainties of her father's medical condition, the parties propose the addition of Condition #21 to allow Ms. Bridges to travel to the Northern District of California for purposes of visiting her father.

This is the first stipulation to modify conditions of release filed herein.

DATED this 6th day of May, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Kimberly Anne Sokolich*<br>By_____<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHANDRA BRIDGES,<br><br>    Defendant. | Case No. 2:21-cr-00041-GMN-BNW<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the conditions of pretrial release are modified to allow Ms. Bridges to travel to the Northern District of California for the purpose of visiting her father.

DATED this 7th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE