RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Chandra Bridges

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANDRA BRIDGES,<br><br>Defendant. | Case No. 2:21-cr-00041-GMN-BNW<br><br>**STIPULATION TO CONTACT HUSBAND**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Chandra Bridges, that the Court allow Ms. Bridges to contact her husband.

The Stipulation is entered into for the following reasons:

1. Condition # 80 of Ms. Bridges' pretrial release prohibits her from having direct or indirect contact with any known felons or gang members without approval from Pretrial Services.

2. The condition lists Jeffrey Norton Jr. and Kenneth Bridges as individuals who Ms. Bridges may have contact with.

3. Ms. Bridges' husband, Calvin Boyden, is currently incarcerated by the Nevada Department of Corrections on unrelated charges. Ms. Bridges would like to discuss the couple's marriage with Mr. Boyden.

4. In order to accommodate Ms. Bridges' contact with her husband, the parties propose the addition of Calvin Boyden to list of individuals Ms. Bridges is permitted to have contact with.

5. Pretrial Services does not oppose the requested modification.

This is the first stipulation to allow contact with husband filed herein.

DATED this 1st day of June 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Kimberly Anne Sokolich*<br>By_____<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00041-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| CHANDRA BRIDGES, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that Ms. Bridges is permitted to have contact with Calvin Boyden.

DATED this 2nd day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE